[No. 13164-5-III.    Division Three.    March 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOYCE A. CALFY, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 91-1-00015-9, Ted Walter Small, Jr., J., entered

April 1. 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.